# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAE SHANEE MALDONADO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ASUCION JOHNSON, et al.,<br><br>　　　　Defendants. | Case No. 2:19-cv-05312-JVS (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

//
//

IT IS THEREFORE ORDERED that Judgment will be entered dismissing the First Amended Complaint and this action with prejudice and without leave to amend.

DATED:  October 3, 2022

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE